IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | 07-00392-CB |
| JOSEPH LANDRUM, | ) | |
| | ) | |
| **Defendant** | ) | |

### ORDER

This matter is before the Court on Defendant's *pro se* "motion to receive relief under 3582(c)(2)." (Doc. 44.) Defendant states that he is "filing pro se motion to receive a sentence reduction based on a new 924(c) amendment that no longer carries a mandatory minimum." According to 18 U.S.C. § 3582(c), "[a] court may not modify a term of imprisonment once it has been imposed" except in limited circumstances. One of those exceptions is found in subsection (c)(2), which permits a court to reduce a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with the applicable policy statements issued by the Sentencing Commission." Defendant does not rely on any amendment to the Sentencing Guidelines but appears to believe that a new law has been enacted that would lower his sentence. The Court is not aware of any guideline amendment or law that would authorize a reduction of sentence. Therefore, the motion is **DENIED**.

**DONE** and **ORDERED** this the 19th day of January, 2016.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**